23-5111

David Alan Carmichael
1748 Old Buckroe Road
Hampton, VA 23664

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5111**                                **September Term, 2022**

**1:19-cv-02316-RC**

**Filed On: May 17, 2023** [1999618]

David Alan Carmichael and Lawrence Donald Lewis,

        Appellants

William Pakosz,

        Appellee

v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

        Appellees

## O R D E R

Because the docketing fee in this case has not been paid, it is

**ORDERED**, on the court's own motion, that by June 16, 2023, appellant either pay the $505 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a). See Enclosure. In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellants of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellants to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                          BY:    /s/
                                   Tatiana A. Magruder
                                   Deputy Clerk

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

_____        USCA No. _____

v.

_____        USDC No. _____

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, _____, declare that I am the
○ appellant/petitioner   ○ appellee/respondent  in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.*)

Signature _____

Name of *Pro Se* Litigant _____

Address _____

_____

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

_____

_____     USCA No. _____

v.

_____     USDC No. _____

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____     Date: _____

My issues on appeal are: _____

_____

_____

-1-

USCA Form 31
Rev. December 2018

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | _____ | _____ | _____ | _____ |
| Self-employment | _____ | _____ | _____ | _____ |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | _____ | _____ | _____ | _____ |
| Interest and dividends | _____ | _____ | _____ | _____ |
| Gifts | _____ | _____ | _____ | _____ |
| Alimony | _____ | _____ | _____ | _____ |
| Child support | _____ | _____ | _____ | _____ |
| Retirement (such as social security, pensions, annuities, insurance) | _____ | _____ | _____ | _____ |
| Disability (such as social security, insurance payments) | _____ | _____ | _____ | _____ |
| Unemployment payments | _____ | _____ | _____ | _____ |
| Public-assistance (such as welfare) | _____ | _____ | _____ | _____ |
| Other (specify):_____ | _____ | _____ | _____ | _____ |
| Total monthly income: | _____ | _____ | _____ | _____ |

-2-

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 _____ (Value) |
|---|---|---|
| _____ | _____ | Make & Year: _____ |
| _____ | _____ | Model: _____ |
| _____ | _____ | Registration #: _____ |

| Motor Vehicle #2 _____ | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & Year: _____ | _____ | _____ |
| Model: _____ | _____ | _____ |
| Registration #: _____ | _____ | _____ |

-3-

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| _____ | _____ | ___ |
| _____ | _____ | ___ |
| _____ | _____ | ___ |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | _____ | _____ |
| Are real-estate taxes included? | ○ Yes | ○ No |
| Is property insurance included? | ○ Yes | ○ No |

|  | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | _____ | _____ |
| Home maintenance (repairs and upkeep) | _____ | _____ |

-4-

|  | You | Spouse |
|---|---|---|
| Food | _____ | _____ |
| Clothing | _____ | _____ |
| Laundry and dry-cleaning | _____ | _____ |
| Medical and dental expenses | _____ | _____ |
| Transportation (not including motor vehicle payments) | _____ | _____ |
| Recreation, entertainment, newspapers, magazines, etc. | _____ | _____ |
| Insurance (not deducted from wages or included in mortgage payments) | _____ | _____ |
|     Homeowner's or renter's | _____ | _____ |
|     Life | _____ | _____ |
|     Health | _____ | _____ |
|     Motor Vehicle | _____ | _____ |
|     Other: _____ | _____ | _____ |
| Taxes (not deducted from wages or included in mortgage payments) | _____ | _____ |
|     (specify) _____ |  |  |
| Installment payments | _____ | _____ |
|     Motor Vehicle | _____ | _____ |
|     Credit card (name): _____ | _____ | _____ |
|     Department store (name): _____ | _____ | _____ |
|     Other: _____ | _____ | _____ |
| Alimony, maintenance, and support paid to others | _____ | _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | _____ | _____ |
|     Other(specify): _____ | _____ | _____ |
| Total monthly expenses: | _____ | _____ |

-5-

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ◯ Yes ◯ No

If yes, describe on an attached sheet.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ◯ Yes ◯ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

_____

_____

_____

14. State the city and state of your legal residence.

_____

Your daytime phone number: ( ____ ) ____-____

Your age: _____    Your years of schooling: _____

-6-

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-5111**  **September Term, 2022**

1:19-cv-02316-RC

Filed On: May 17, 2023 [1999619]

David Alan Carmichael and Lawrence Donald Lewis,

        Appellants

William Pakosz,

        Appellee

v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

        Appellees

**O R D E R**

The notice of appeal was filed on May 15, 2023, and docketed in this court on May 17, 2023. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 16, 2023 |
| Docketing Statement Form | June 16, 2023 |
| Entry of Appearance Form | June 16, 2023 |
| Procedural Motions, if any | June 16, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 16, 2023 |
| Statement of Issues to be Raised | June 16, 2023 |
| Transcript Status Report | June 16, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | June 16, 2023 |
| Dispositive Motions, if any | July 3, 2023 |

A request for appointment of counsel does not relieve appellants of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court,

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-5111**  **September Term, 2022**

including a briefing schedule. Failure by appellants to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 16, 2023 |
| Entry of Appearance Form | June 16, 2023 |
| Procedural Motions, if any | June 16, 2023 |
| Dispositive Motions, if any | July 3, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Tatiana A. Magruder
Deputy Clerk

The following forms and notices are available on the Court's <u>website</u>:

Attachments for Pro Se Parties Only:
<u>Civil Docketing Statement Form</u>
<u>Entry of Appearance Form</u>
<u>Transcript Status Report Form</u>
<u>Memorandum Concerning Self-Representation</u>

Page 2

**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** _____

v.                              **Case No:** _____

_____

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

_____    _____

_____    _____

_____    _____

_____    _____

### Counsel Information

Lead Counsel: _____

Direct Phone: (____) _____  Fax: (____) _____  Email: _____

2nd Counsel: _____

Direct Phone: (____) _____  Fax: (____) _____  Email: _____

3rd Counsel: _____

Direct Phone: (____) _____  Fax: (____) _____  Email: _____

Firm Name: _____

Firm Address: _____

Firm Phone: (____) _____  Fax: (____) _____  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CIVIL DOCKETING STATEMENT**
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. _____  2. DATE DOCKETED: _____
3. CASE NAME (lead parties only) _____ v. _____
4. TYPE OF CASE:  ☐ District Ct -  ○ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
    ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ○ No
    If YES, cite statute _____
6. CASE INFORMATION:
    a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
       Civil Action _____        Bankruptcy _____          Tax _____
       Criminal _____            Adversary _____
       Miscellaneous _____       Ancillary _____
    b. Review is sought of:
       ☐ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
    c. Name of judge who entered order being appealed:
       Judge _____  Magistrate Judge _____
    d. Date of order(s) appealed (use date docketed): _____    e. Date notice of appeal filed: _____
    f. Has any other notice of appeal been filed in this case?  ○ Yes  ○ No  If YES, date filed: _____
    g. Are any motions currently pending in trial court?  ○ Yes  ○ No  If YES, date filed: _____
       If YES, identify motion _____
    h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ○ No
       If NO, why not? _____
    i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # _____  ○ No
    j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
       ○ Yes  ○ No  If YES, give each case's court and case name, and docket number:
       _____
    k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes  ○ No
       If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ○ No   If so, provide program name and participation dates

_____
Signature _____  Date _____
Name of Party _____
Name of Counsel for Appellant/Petitioner _____
Address _____
Phone ( ____ ) _____   Fax ( ____ ) _____
ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** _____

_____ v.  **Case No:** _____

_____

### TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
| ____ | _____ | _____ |
| ____ | _____ | _____ |
| ____ | _____ | _____ |
| ____ | _____ | _____ |
| ____ | _____ | _____ |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
| ____ | _____ | _____ |
| ____ | _____ | _____ |
| ____ | _____ | _____ |
| ____ | _____ | _____ |
| ____ | _____ | _____ |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

## MEMORANDUM CONCERNING SELF-REPRESENTATION

The records of this Court indicate you are litigating this appeal in a pro se capacity. That is, you are not represented by an attorney and will be personally preparing papers for submission to the Court.

Decisions of the Supreme Court of the United States and of this Court have held that individuals representing themselves who are not attorneys are entitled to have their pleadings viewed in a less restrictive manner than pleadings submitted by attorneys. Accordingly, you will be allowed to present your case in your own written words without strict adherence to technical requirements, as is expected of attorneys.

In one regard, however, you will be strictly held to the requirements of the Federal Rules of Appellate Procedure and the Circuit Rules of this Court, as if you were an attorney. This is in the area of timeliness of your filings. For example, your brief must be placed in the mail by the date established in the scheduling order issued by the Court. Another example is in responding to a motion filed by the party opposing you. You have ten calendar days within which to respond to a motion, plus an additional three calendar days if the motion was served on you by mail. You will be expected to adhere to these time requirements and all others in the previously mentioned rules. If any submission of yours is not made in a timely manner it will not be filed. If you believe you have good reason for not adhering to the time requirements, you may submit your pleading along with a second filing entitled Motion For Leave To File Out Of Time. In this second filing you should set forth your reasons for not having met the time requirements and ask the court to file your pleading nevertheless. You should be aware, however, that these motions are not routinely granted, but are read and evaluated on an individual basis.

**Failure to comply with court orders, respond to dispositive motions by another party, or file your brief will result in dismissal of the appeal for lack of prosecution.** See D.C. Cir. Rule 38.

[USCADC Form 92 (Rev. Feb 2011)]

**CERTIFIED MAIL**

**CLERK, UNITED STATES COURT OF APPEALS**
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS

RECEIVED
JUN 20 2023
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

7021 0350 0001 9947 7519

NEOPOST
05/18/2023
US POSTAGE $008.58

FIRST-CLASS MAIL
ZIP 20001
041M11283068



JNC

-R-T-S-   236644322-1N        06/14/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Rtn 6/6/23

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. 23-5111 | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>David Alan Carmichael<br>1748 Old Buckroe Road<br>Hampton, VA 23664<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7333 2028 6590 33 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Adult Signature                ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☑ Certified Mail®                ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™<br>☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ ...il Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0350 0001 9947 7519 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |