Appellants Carmichael, Lewis and Boulton, Query to the Circuit Court Regarding Its Order of August 16, 2023, Doc. #2012816.

1. The Clerk of the Circuit Court issued a show-cause order on August 16, 2023, Case no. 23-5111, Doc. No. 2012816, which was served us individually, Appellants David Alan Carmichael, Lawrence Donald Lewis, and Michelle Boulton by first class mail, and redundantly by certified mail.
2. The order when served did not provide a copy of the dispositive motion nor did it cite a particular document in the court's record system.
3. None of the Appellants that are parties to this query have been served with a dispositive motion.
4. Please provide the dispositive motion about which that you demand we show cause. Responses to the show cause order can then be appropriately provided.

I, David Alan Carmichael, join with Appellants Michelle Boulton and Lawrence Donald Lewis in this Query to the Circuit Court Regarding Its Order of August 16, 2023, Doc. #2012816.

*David Alan Carmichael*
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

(Signature Pages Continue)

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG 28 2023

**RECEIVED**

1

I, Lawrence Donald Lewis, join with Appellants David Alan Carmichael and Michelle Boulton in this Query to the Circuit Court Regarding Its Order of August 16, 2023, Doc. #2012816.

*Lawrence Donald Lewis*   Wed 23 August 2023 A.D.

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848

2

I, Michelle Boulton, join with Appellants David Alan Carmichael and Lawrence Donald Lewis in this Query to the Circuit Court Regarding Its Order of August 16, 2023, Doc. #2012816.

*[signature]*

Michelle ~~Boulton~~
~~8491 Hospital Dr., #178~~
Douglasville, Georgia  30134-2412

3

# CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. Court of Appeals, U.S. Circuit Court, District of Columbia, in the case of Carmichael, *et al., v. Blinken, et al.*, case no. 23-5111 regarding 22-5143 and 23-5113, "Appellants Carmichael, Lewis and Boulton, Query to the Circuit Court Regarding Its Order of August 16, 2023, Doc. #2012816" my docketing statement." I served the court and parties at:

Clerk, United States Court of Appeals
333 Constitution Avenue, N.W.
Washington, DC 20001    Certified Mail # 7016 2070 0000 5807 9419

David James Byerley
U.S. Department of Justice
(DOJ) Civil Division, Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, DC 20044-0868   Certified Mail #

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, Georgia  30134-2412 (Electronically as agreed)

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664 (Electronically as agreed)

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848 (Electronically as agreed)

William Mitchell Pakosz and Rick Hollingsworth
14930 Greenbrier Lane
Homer Glen, Illinois  60491 (Also Electronically and by phone-text)

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.

_____      August 24, 2023
David Alan Carmichael                                Date
1748 Old Buckroe Road
Hampton, Virginia  23664

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Va. 23664

Re 22-5143
   23-5111
   23-5113

Clerk, United States Court of Appeals
333 Constitution Ave, N.W.
Washington, D.C. 20001