No. 23-5113

United States Court of Appeals for the District of Columbia

David Alan Carmichael, Lawrence Donald Lewis, William Mitchell Pakosz (Deceased), Rick Hollingsworth, Michelle Boulton

Plaintiffs-Appellants

v.

Antony L. Blinken, in his official Capacity Succeeding Michael Richard Pompeo as Secretary of State, the United States Department of State, the United States, and Yet To Be Named Anonymous Co-Conspirators (not in their official capacity)

Appeal from the United States District Court for the District of Columbia
Case No 1:19-cv-02316-RC
The Honorable Rudolph Contreras

**APPELLANTS' REPLY TO DEFENDANTS-APPELLEES RESPONSE TO "APPELLANTS' JOINT MOTION FOR ELECTRONIC FILING"**

(Unrepresented)

Cover Plus 7 Pages

23-5113
## APPELLANTS' REPLY TO DEFENDANTS-APPELLEES RESPONSE TO "APPELLANTS' JOINT MOTION FOR ELECTRONIC FILING"

1. The Appellees ("Government") responded to Appellants' ("Our") motion for electronic filing (23-5113, Doc. # 2002882 responding to Doc. # 2002609). They "(took) no position and defer(ed) to the Court's discretion on whether to grant those privileges in this appeal" (Doc. # 2002882, p. 2, 1st ¶). Yet, the government opposed what they called "Carmichael's motion" with regard to the earlier appeal case no. 22-5143. It was a motion by all Appellants, appointing one person to perform the service of process electronically for the benefit of the Court, the Appellants and the Appellees. Admittedly, the rules allow for a party, pro se, to be permitted to file electronically for the case to which he is a party. As far as the cases numbered 23-5111 and 23-5113, our motion is appropriate.

2. Initially, upon Carmichael, Lewis and Pakosz (Deceased with Hollingsworth filing a docketing statement as substitute), filing a notice of appeal and docketing statement under the context of the Carmichael, Lewis and Pakosz case final dismissal (1:19-cv-02316), the Circuit Court Clerk filed the case as 23-5111. Subsequently, the Clerk *sua sponte* consolidated the case of Carmichael, Lewis and Pakosz under 23-5113. On first impression, we thought that 22-5143 was consolidated with 23-5111 into the new number 23-5113 for the matter related to Mr. Hollingsworth as moving for substitute of deceased Mr. Pakosz. There is

1

nothing in the consolidation order to enable us novice pro se litigants to be able to comprehend the consolidation order. The government Attorney's objection is alerting us to that which we do not comprehend.

3. Mrs. Boulton and Mr. Hollingsworth moved for consolidation of their 22-5143 with what was then 23-5111 of Carmichael, Lewis and Pakosz (22-5143, 2001570, p. 5, § 11). Mr. Carmichael and Lewis filed with/in that document their joining of the motion (*Id.* p. ii).

4. Mrs. Boulton has since moved to consolidate the cases, 22-5143 and 23-5113 (currently in the mail). Because of the Government's objections here, we have discovered that our presumption that the Court would consolidate the cases *sua sponte* is possibly not correct. Hence, Mrs. Boulton is filing a docketing statement for 23-5113 subsequent to this reply. Mr. Hollingsworth is as well.

5. Part of the substance of the Governments objection is that Mrs. Boulton, "is not a party to these appeals (No. 23-5111, No. 23-5113)." Mrs. Boulton and we are doing our best to fix that problem.

6. The final objection by the Government is that Mr. Hollingsworth lacks a court order, in our words – granting him power to act on his own behalf as a substitute for deceased Mr. Pakosz. According to his brief, Mr. Hollingsworth is not attempting to represent another person. That is a question that must be decided

2

regarding Mr. Hollingsworth's matter filed in 22-5143 that is fully entwined in the Pakosz matter which is part of 23-5111 and now 23-5113.

7. On June 13, 2023, Mr. Carmichael spoke with the Circuit Court Clerk's office requesting to know the number of copies require for the various statements and certifications that were due by June 16, 2023. The Clerk's office person said that they are no longer taking paper copies, and that there is no email address to send documents to the Circuit court like there is in the district court. Hence, Mr. Carmichael was told to send one copy that they will scan and put into the electronic system.

8. Therefore, with Hollingsworth and Boulton intending to file docketing statements to meet the June 22, 2023 deadline of the Clerk's order (Doc. 2000452), the cases 22-5143, 23-5111 and 23-5113 ought to be consolidated.

(Signatures on the following pages)

I, David Alan Carmichael, hereby certify under the penalty of perjury under the laws of the United States, that the Circuit Court's Clerk's office told me over the phone that they no longer take paper copies, that there is no email to accept pdf courtesy files, and that I must serve single paper copies until I obtain CM/ECF privileges.  I consolidate documents and provide service of process for whomever it is, by mail, knowing that service of process of documents is not "representing" anyone.  I hereby join Lewis, Hollingsworth, and Boulton in this reply.  I also take the situational opportunity to document that my word processing software freezes-up in a buffering activity, only when I am typing in a document related to this case. To stop it or prevent it, I have to disconnect the internet.

Sign: _____David Alan Carmichael_____   Date: __June 15, 2023__
David Alan Carmichael
Appellant
1748 Old Buckroe Road
Hampton, Virginia  23664

I, Lawrence Donald Lewis, hereby join Carmichael, Hollingsworth, and Boulton in this reply.

Sign: _____  Date: _14 June 2023_
Lawrence Donald Lewis
Appellant
966 Bourbon Lane
Nordman, Idaho 83848

5

I, Rick Dale Hollingsworth, hereby join Carmichael, Lewis, and Boulton in this reply.

Sign: _____  Date: June 14, 2023
Rick Hollingsworth
Appellant
14930 Greenbrier Lane
Homer Glen, Illinois 60491

I, Michelle Boulton, hereby join Carmichael, Lewis, and Hollingsworth in this reply.

Sign: _____   Date: June 15, 2023
Michelle Boulton
Appellant
8491 Hospital Dr., #178
Douglasville, Georgia  30134-2412

7

## CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. Court of Appeals, U.S. Circuit Court, District of Columbia, in the case of *Carmichael, et al. v. Blinken, et al.,* Case no. 23-5113, "Appellants' Reply to Defendants-Appellees Response to "Appellants' Joint Motion for Electronic Filing". I served the court and parties at:

Clerk, United States Court of Appeals
333 Constitution Avenue, N.W.
Washington, DC 20001 (certified mail #  7019 0160 0000 9640 6647)

David James Byerley
U.S. Department of Justice
(DOJ) Civil Division, Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, DC 20044-0868  (mail)

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, Georgia  30134-2412   (Electronically as agreed)

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho  83848 (Electronically as agreed)

Rick Dale Hollingsworth
14930 Greenbrier Lane
Homer Glen, Illinois  60491  (Electronically as agreed)

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664 (Self)

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.

*/s/ David Alan Carmichael*                    June 19, 2023
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664

7019 0160 0000 9640 6647





U.S. POSTAGE PAID
FCM LG ENV
HAMPTON, VA
23663
JUN 15, 23
AMOUNT

$5.65

R2305K138347-20

RDC 24

20001

Clerk, United States Court of Appeals
333 Constitution Avenue, N.W.
Washington, D.C. 20001