No. 22-5143

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MICHELLE BOULTON & RICK DALE HOLLINGSWORTH,

Movant-Appellants,

v.

ANTONY BLINKEN, Secretary, U.S. Department of State, et al.,

Defendants-Appellees.

**DEFENDANTS-APPELLEES' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOVANT-APPELLANT BOULTON'S MOTION TO CONSOLIDATE**

On June 21, 2023, undersigned counsel received a motion from *pro se* Movant-Appellant Michelle Boulton, moving the Court to consolidate the fully-briefed appeal from the March 25, 2022 denial of her motion to intervene (*Pakosz v. Blinken*, No. 22-5143 (D.C. Cir.)) into the appeals from the March 20, 2023 final order (*Carmichael v. Blinken*, No. 23-5111 (D.C. Cir.) (noticed by Carmichael and Lewis) and *Hollingsworth v. Blinken*, No. 23-5113 (D.C. Cir.) (noticed by Hollingsworth). Unlike Carmichael, Lewis, and Hollingsworth, Boulton did not

file a notice of appeal from the March 20, 2023 order. Boulton is thus a party only to this fully-briefed and ripe appeal, *Pakosz v. Blinken*, No. 22-5143 (D.C. Cir.).

The Government requests a modest extension of 14 days, up to including July 11, 2023, to file their response to Movant-Appellant Boulton's motion to consolidate. While it appears *pro se* Movant-Appellant Boulton mailed her motion on June 14, 2023, undersigned counsel for the Government only received the motion on June 21, 2023. Therefore, the Government respectfully requests a modest extension of time to file a full response to the motion, as informed by the Court's order from August 11, 2022. *See Carmichael v. Blinken*, No. 22-5143, 2022 U.S. App. LEXIS 22374, at *3 (D.C. Cir. Aug. 11, 2022) ("ORDERED that [the Government's] request to hold this appeal in abeyance pending completion of proceedings before the district court be denied. The Clerk is directed to enter a briefing schedule."). By email on June 22, 2023, counsel for the Government contacted Boulton to request her position on the motion, and as of filing, no response has been received. As such, the Government requests up to and including July 11, 2023 to file their response.

DATED: June 23, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

YAMILETH G. DAVILA
*Assistant Director*

MICHAEL A. CELONE
*Senior Litigation Counsel*

*/s/ David J. Byerley*
DAVID J. BYERLEY
*Trial Attorney* (DC Bar # 1618599)
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(A)(7)(C), the undersigned counsel certifies that the foregoing brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and contains 284 words, including footnotes, but excluding the certificates of counsel.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25 and D.C. Cir. Rule 25, Defendants-Appellees hereby certify that the foregoing was filed electronically via the Court's CM-ECF filing system on June 23, 2023. The undersigned will also cause paper copies of the foregoing to be sent via U.S. Postal Service to Movant-Appellants at the mailing addresses listed here:

| | |
|---|---|
| Rick Dale Hollingsworth<br>14930 Greenbrier Lane<br>Homer Glen, Illinois 60491 | Michelle Boulton,<br>8491 Hospital Drive<br>Douglasville, GA 30134-2412 |

/s/ David J. Byerley
DAVID J. BYERLEY
*Attorney for Defendants-Appellees*